IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BMO HARRIS BANK N.A., <br><br> Plaintiff, <br><br> vs. <br><br> JUST WASTE, INC., BECKY WALTERS, and JEFF WALTERS <br><br> Defendants. | **8:20CV22** <br><br> **ORDER** |

This matter is before the Court upon Plaintiff's Application for Writ of Execution. (Filing No. 16). The Court hereby finds that the balance due as set forth in the Application, along with post-judgment interest to date, is true and correct and that a writ of execution should be issued upon the debtor/defendant in the above-entitled matter.

Plaintiff's application (Filing No. 16) is hereby additionally construed as an affidavit and praecipe for issuance of a garnishment summons on garnishee Veridian Bank. The Clerk shall issue a summons and required attachments consistent with the requirements of Fed. R. Civ. P. 69. Accordingly, IT IS ORDERED that Plaintiff's Application for Writ of Execution (Filing No. 16) is granted. The writ and related summons shall issue forthwith.

Dated this 14th day of June, 2021.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge